UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HENRY VANLEEUWEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00963-HBK<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER<br><br>(Doc. No. 2) |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915 to proceed *in forma pauperis*. By separate order, this Court will issue its Scheduling Order.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order.

3. The Clerk is directed to issue summons and service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

1  IT IS SO ORDERED.

3  Dated:  June 22, 2021

   HELENA M. BARCH-KUCHTA
   UNITED STATES MAGISTRATE JUDGE