UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HENRY VANLEEUWEN, | Case No.  1:21-cv-00963-ADA-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. Nos. 13, 17) |
| Defendant. | |

On June 17, 2021, Plaintiff Kent Henry Vanleeuwen ("Plaintiff") initiated this action seeking judicial review of a final decision of the Commissioner of Social Security.  (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).  (E.D. Cal. 2022).  On December 27, 2021, the Plaintiff filed a motion for summary judgment.  (Doc. No. 13.)

On September 14, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be granted, and that the Commissioner of the Social Security's decision be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. No. 17.)  The findings and recommendations contained a notice that any objections were due within fourteen (14) days of service.  (*Id.* at 1, 12.)  As of the date on this order, no party has filed any objections and the deadline for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The motion for summary judgment shall be granted, and the Court reverses the Defendant's decision and remands the case back to the Commissioner of Social Security for further proceedings for the reasons explained in the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on September 14, 2022, (Doc. No. 17), are adopted in full;

2. Plaintiff's motion for summary judgment, (Doc. No. 13), is granted;

3. Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court reverses the Commissioner's decision and remands the case back to the Commissioner of Social Security for further proceedings; and

4. The Clerk of the Court shall enter judgment in favor of Plaintiff, terminate any deadlines, and close this case.

IT IS SO ORDERED.

Dated:   October 22, 2022   _____

UNITED STATES DISTRICT JUDGE

2